UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.  1:06CR594-43 |
| | ) | |
| Plaintiff, | ) | JUDGE ANN ALDRICH |
| | ) | |
| v. | ) | Magistrate Judge Vecchiarelli |
| | ) | |
| TONY BUTTS | ) | |
| | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before this court is the Report and Recommended Decision (the "R&R") of Magistrate Judge Vecchiarelli.  [Document No.492] recommending the court accept the Report and Recommendation regarding the plea of guilty entered on April 5, 2007.  No objections to the Report and Recommendation were filed.  The Report and Recommendation is hereby ADOPTED in its entirety.

IT IS SO ORDERED.

s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: December 13, 2007**